TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00635-CV







Harold Anthony Bartmess, Appellant



v.



Jamie Lynn Bartmess McKovy, Appellee







FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT


NO. 130,340-D, HONORABLE C. W. DUNCAN, JR., JUDGE PRESIDING







PER CURIAM



 Appellant, Harold Anthony Bartmess, has filed a motion to dismiss the appeal. The
motion is granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Justices Powers, Kidd and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: February 22, 1995

Do Not Publish